# United States District Court
# Western District of Kentucky
# at Louisville

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**VS.**                                                                  **CRIMINAL ACTION NUMBER: 3:21-MJ-153**

**MICHAEL ORANGIAS**                                                                  **DEFENDANT**

## ORDER

The above-styled case came before the undersigned on March 18, 2021 via video conference for an initial appearance on a Sealed Complaint from the District of Columbia (Case Number 1:21MJ-315). Assistant United States Attorney Josh Judd appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Jail. The proceeding was digitally recorded.

The United States made an oral motion to unseal the Complaint. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Complaint is **UNSEALED**.

The defendant acknowledged his identity, was furnished with a copy of Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender. Assistant Federal Defender Laura Wyrosdick was present on the video conference and accepted the appointment.

The defendant, through counsel, waived his right to a preliminary hearing in the Western District of Kentucky.

The United States did not seek detention. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 secured bond with an order setting conditions of release.

**IT IS HEREBY ORDERED** that the defendant shall report to District of Columbia for further proceedings on **March 24, 2021 at 1:00 p.m**. via video conference.   The undersigned's Case Manager will provide the Zoom link to counsel via email.

March 19, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USM, USDC-D.C.
:40