# U.S. District Court
## Western District of Kentucky (Louisville)
### CRIMINAL DOCKET FOR CASE #: 3:21−mj−00153−CHL All Defendants

| | |
|---|---|
| Case title: USA v. Orangias | Date Filed: 03/18/2021<br>Date Terminated: 03/22/2021 |

Assigned to: Magistrate Judge Colin H. Lindsay

**Defendant (1)**

| | | |
|---|---|---|
| **Michael Orangias**<br>*TERMINATED: 03/22/2021* | represented by | **Laura R. Wyrosdick**<br>Western Kentucky Federal Community Defender, Inc.<br>629 Fourth Avenue, Suite 200<br>Louisville, KY 40202<br>502−584−0525<br>Fax: 502−584−2808<br>Email: laura_wyrosdick@fd.org<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Public Defender or Community Defender Appointment* |

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| Removal from District of Columbia | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Joshua D. Judd**<br>U.S. Attorney Office − Louisville<br>717 W. Broadway<br>Louisville, KY 40202<br>502−625−7049<br>Email: joshua.judd@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 03/18/2021 | | | Arrest (Rule 5) of Michael Orangias. (DLW) (Entered: 03/22/2021) |
| 03/18/2021 | 1 | | Rule 5 Documents Received from District of Columbia, Case Number 1:21−mj−00315 as to Michael Orangias. (DLW) (Entered: 03/22/2021) |
| 03/18/2021 | | | Proceedings held before Magistrate Judge Colin H. Lindsay: Initial Appearance via video conference in Rule 5(c)(3) Proceedings as to Michael Orangias held on 3/18/2021. (Court Reporter: Digitally Recorded.) (DLW) (Entered: 03/22/2021) |
| 03/22/2021 | 2 | 3 | ORDER by Magistrate Judge Colin H. Lindsay on 3/19/2021 as to Michael Orangias: Initial Appearance via video conference on a Sealed Complaint from the District of Columbia was held on 3/18/2021. The Complaint was UNSEALED by motion. The Court appointed the Office of the Federal Defender to represent Defendant. Assistant Federal Defender Laura R. Wyrosdick was present on the video conference and accepted the appointment. Defendant is released on a $25,000 secured bond with an order setting conditions of release. Defendant shall report to District of Columbia for further proceedings on 3/24/2021 at 1:00 p.m. via video conference. cc: Counsel, USM, USDC−DC (DLW) (Entered: 03/22/2021) |

# United States District Court
# Western District of Kentucky
# at Louisville

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| **VS.** | **CRIMINAL ACTION NUMBER: 3:21-MJ-153** |
| **MICHAEL ORANGIAS** | **DEFENDANT** |

## ORDER

The above-styled case came before the undersigned on March 18, 2021 via video conference for an initial appearance on a Sealed Complaint from the District of Columbia (Case Number 1:21MJ-315). Assistant United States Attorney Josh Judd appeared on behalf of the United States. The defendant was present, in custody, at the Oldham County Jail. The proceeding was digitally recorded.

The United States made an oral motion to unseal the Complaint. Accordingly,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and the Complaint is **UNSEALED**.

The defendant acknowledged his identity, was furnished with a copy of Complaint, was advised of the nature of the charges contained therein and was advised of his rights.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of Federal Defender. Assistant Federal Defender Laura Wyrosdick was present on the video conference and accepted the appointment.

The defendant, through counsel, waived his right to a preliminary hearing in the Western District of Kentucky.

The United States did not seek detention. Accordingly,

**IT IS HEREBY ORDERED** that the defendant is released on a $25,000 secured bond with an order setting conditions of release.

**IT IS HEREBY ORDERED** that the defendant shall report to District of Columbia for further proceedings on **March 24, 2021 at 1:00 p.m**. via video conference. The undersigned's Case Manager will provide the Zoom link to counsel via email.

March 19, 2021

Colin H Lindsay, Magistrate Judge
United States District Court

cc: Counsel, USM, USDC-D.C.
:40

4